# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Lentz Milling Company LLC | 1/12/2023 | 266932 | Check | $ 18,819.00 |
| | | | | | $ 18,819.00 |