# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors.<br>_____<br><br>GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br>v.<br><br>LENTZ MILLING COMPANY LLC,<br><br>Defendant. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br><br><br><br><br><br>Adv. Proc. No. 25-50288 (KBO) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Brenntag Solutions and Services, LLC, f/k/a JM Swank, LLC, successor by merger to Lentz Milling Company, LLC ("Brenntag"), without waiver of any and all defenses (including jurisdictional defenses) hereby appears by and through its undersigned counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given all papers served or required to be served, be given to and served upon the following:

Richard G. Placey, Esq..
**MONTGOMERY McCRACKEN**
**WALKER & RHOADS LLP**
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone (302) 504-7800
E-mail: rplacey@mmwr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; (5) challenge venue in this Court; or (6) any other rights, claims, actions, setoffs, or recoupments to which Brenntag is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

Dated: June 5, 2025

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/RG Placey*
Richard G. Placey (No. 4206)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone (302) 504-7800
Email: rplacey@mmwr.com

*Attorneys for Brenntag Solutions and Services, LLC, f/k/a JM Swank, LLC, successor by merger to Lentz Milling Company, LLC*