# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors.<br>_____<br><br>GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LENTZ MILLING COMPANY LLC,<br><br>Defendant. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 25-50288 (KBO) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2025, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was filed through the Court's CM/ECF system, and thereby served upon all parties who receive CM/ECF notification in this proceeding.

Dated:  June 5, 2025  **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ RGPlacey*
Richard G. Placey (No. 4206)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone (302) 504-7800
Email:  rplacey@mmwr.com